IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Barbara Brady, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  11 C 4967 |
| | ) | |
| Zwicker & Associates, P.C., a | ) | Judge Lefkow |
| Massachusetts corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby stipulates to the dismissal of her claims against the Defendants with prejudice.

Dated: September 13, 2011

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2011 a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically**.** Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on September 13, 2011 by 5:00 p.m.

Robert W. Thuotte, Executive Vice President/
   Corporate Counsel
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, Massachusetts 01810

Manuel H. Newburger
Barron & Newburger & Sinsley, PLLC
1212 Guadalupe
Suite 102
Austin, Texas 78701


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com