UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.2**
Eastern Division

Barbara Brady
                              Plaintiff,

v.                                                  Case No.: 1:11−cv−04967
                                                    Honorable Joan H. Lefkow

Zwicker & Associates, P.C.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 14, 2011:

   MINUTE entry before Honorable Joan H. Lefkow:Pursuant to Notice of Voluntary Dismissal With Prejudice [9], case dismissed with prejudice. Status hearing of 10/27/2011 stricken. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.